UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADAM PARSONS,

        Plaintiff,

-vs-                                                           Case No. 2:09-cv-438-FtM-29SPC

TARGET CORPORATION a foreign corporation,

        Defendant.
_____

**ORDER**

        This matter comes before the Court on the Non-Party A.C.S., Inc.'s Objection to Subpoena (Doc. #13) filed on January 27, 2010. The Non-Party states that the subpoena issued to it in this case failed to comply with 45 C.F.R. § 164.512(e) and/or 42 C.F.R. § 431.300-307.

        Under 45 C.F.R. § 164.512, a medical provider may release an individual's records pursuant to a "court order," but it may not release records pursuant to a mere "subpoena" absent "satisfactory assurance" that the requesting party has undertaken certain measures to protect the individual's privacy. 45 C.F.R. § 164.512(e)(i)-(ii). Specifically, 45 C.F.R. § 164.512(e), allows the medical records to be released if the covered entity receives satisfactory assurances such as: (1) the requesting party has made a good faith effort to notify the party and the party has time to raise an objection to the court; (2) the parties agree to a qualified protective order.

        In this instance, the Non-Party medical record holder merely states the subpoena did not comply with the requirements of 45 C.F.R. § 164.512(e), without any reference as to how they failed to comply. Without more, the Court does not find good cause to sustain the objection and subpoena is not due to be quashed.

Accordingly, it is now

**ORDERED:**

The Non-Party A.C.S., Inc.'s Objection to Subpoena (Doc. #13) is **DENIED without prejudice.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___4th___ day of February, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record